**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

     \*      **IN THE**

     \*      **COURT OF APPEALS**

     \*      **OF MARYLAND**

**v.**

     \*      **Misc. Docket AG No. 53**

**KENNETH WENDELL RAVENELL**      \*      **September Term, 2021**

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action and Request for Immediate Suspension filed by Petitioner pursuant to Maryland Rule 19-721(a)(2) and 19-738, Respondent's response to the Court's Order to Show Cause, Notification of Conviction, and Respondent Kenneth W. Ravenell's Response to Petitioner's Notification of Conviction and Request for Immediate Suspension, it is this 7th day of July, 2022

**ORDERED**, by the Court of Appeals of Maryland, a majority of the court concurring, that the Respondent, Kenneth Wendell Ravenell be, and hereby is temporarily suspended, effective September 6, 2022, from the practice of law in the State of Maryland pursuant to Maryland Rule 19-738(e) until further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Kenneth Wendell Ravenell from the register of attorneys and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Judge

Suzanne C. Johnson, Clerk

*Judge Watts, Judge Booth, and Judge Biran did not participate in the consideration of this matter.